**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ANDREW REID,
ADC #134373                                                                                               PLAINTIFF

v.                                    5:12-cv-00080-JLH-JTK

GAYLON LAY, et al.                                                                                 DEFENDANTS

**ORDER**

By Order dated March 20, 2012 (Doc. No. 5), this Court granted Plaintiff's motion to proceed in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. However, finding Plaintiff's Complaint too vague and conclusory to enable the Court to determine whether it is frivolous, fails to state a claim, or states a legitimate claim, the Court directed him to submit an Amended Complaint within thirty days. The Court also cautioned Plaintiff that an Amended Complaint would render the Original Complaint without legal effect, and would take the place of his Original Complaint. Plaintiff has now submitted an Amended Complaint (Doc. No. 8). Having reviewed the Amended Complaint, it now appears to the Court that service is appropriate for Defendants Gaylon Lay and J. Smith. Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the Defendants Gaylon Lay and J. Smith. The Clerk of the Court shall prepare summons for the Defendants and the United States Marshal is hereby directed to serve a copy of the Amended Complaint (Doc. No. 8) and summons on these Defendants in care of the Arkansas Board of Correction and Community Punishment Compliance Division, P.O. Box 20550, Pine Bluff, AR 71612-0550, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 4th day of April, 2012.

                                          _____
                                          JEROME T. KEARNEY
                                          UNITED STATES MAGISTRATE JUDGE