**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ANDREW REID, ADC #134373                                                                                    PLAINTIFF

v.                                        No. 5:12CV00080 JLH-JTK

GAYLON LAY, et al.                                                                                              DEFENDANTS

**<u>ORDER</u>**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendant Hobbs is dismissed from Plaintiff's Complaint.

IT IS SO ORDERED this 25th day of April, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE