IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANDREW REID,
ADC #134373                                                                                    PLAINTIFF

v.                                    5:12-cv-00080-JLH-JTK

GAYLON LAY, et al                                                                         DEFENDANTS

**CORRECTED ORDER**

The Court's May 9, 2012 Order directing the issuance of summons and service (Doc. No. 22) is hereby RESCINDED. This Order shall be substituted for that Order.

Plaintiff's Motion to Amend, to add Warden Weakly as a Defendant (Doc. No. 12) is GRANTED.

The Clerk is directed to docket Plaintiff's Motion as an Amendment to his Complaint. The Clerk is directed to prepare summons for Defendant Weakly and the United States Marshal is directed to serve a copy of the **Amended Complaint and Amendment (Doc. Nos. 8, 12)** on Defendant Weakly in care of the ADC Compliance Office, P.O. Box 20550, Pine Bluff, AR 71655-0550, without prepayment of fees and costs therefore.

Defendants are directed to file a response to Plaintiff's Motion for Order (Doc. No. 19) within fifteen days of the date of this Order.

IT IS SO ORDERED this 10th day of May, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE