IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANDREW REID,                                                                                           PLAINTIFF
ADC #134373

v.                                              5:12-cv-00080-KGB-JTK

GAYLON LAY, et al.                                                                                  DEFENDANTS

## ORDER

Defendant Aundrea Weekly, through her attorney, has answered and supplied her correct name (Doc. No. 34). The Clerk is directed to change the style of the case to reflect the correct name of this Defendant.

IT IS SO ORDERED this 29th day of May, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE