IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANDREW REID,
ADC #134373                                                                                    PLAINTIFF

v.                                    5:12-cv-00080-KGB-JTK

GAYLON LAY, et al.                                                                         DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney (Dkt. No. 36). After a review of those proposed findings and recommendations, and the timely objections received thereto (Dkt. No. 44), as well as a de novo review of the record, the Court adopts the proposed findings and recommendations in their entirety.[1]

IT IS, THEREFORE, ORDERED that Plaintiff's Motion for Order, which this Court construes as a motion for injunctive relief (Dkt. No. 19), is denied.

SO ORDERED this the __5__ day of July, 2012.

_____
Kristine G. Baker
United States District Judge

---

[1] The Court notes that, in his objections to Judge Kearney's proposed findings and recommendations, Mr. Reid seeks an order granting summary judgment (Dkt. No. 44, at 3). That motion complies with neither Rule 56 of the Federal Rules of Civil Procedure nor Local Rule 56.1. Therefore, the Court has not considered the motion.