IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANDREW REID,                                                                                            PLAINTIFF
ADC #134373

v.                                    5:12-cv-00080-KGB-JTK

GAYLON LAY, et al.                                                                                  DEFENDANTS

## ORDER

Plaintiff's Motion to Compel (Doc. No. 50) is DENIED without prejudice. Defendants indicate in their Response (Doc. No. 53) that they have submitted timely responses to Plaintiff's discovery requests.

IT IS SO ORDERED this 20th day of July, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE