IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANDREW REID
ADC #134373                                                              PLAINTIFF

v.                              5:12-cv-00080-KGB-JTK

GAYLON LAY, et al.                                                       DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts the proposed findings and recommendations in their entirety. Accordingly, plaintiff's motion for summary judgment (Dkt. No. 59) is denied.

IT IS SO ORDERED this ___19___ day of November, 2012.

Kristine G. Baker
_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE