IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ANDREW REID**
**ADC #134373** **PLAINTIFF**

v.   Case No.  5:12-cv-00080-KGB-JTK

**GAYLON LAY, et al.** **DEFENDANTS**

## ORDER

The Court has received Proposed Findings and Recommendations from United States Magistrate Judge Jerome T. Kearney.  After a review of those Proposed Findings and Recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts the Proposed Findings and Recommendations in their entirety. Accordingly, defendants' motion for summary judgment is granted (Dkt. No. 75), and plaintiff's complaint against defendants is dismissed without prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 29th day of May, 2013.

KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE