## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**ANDREW REID**
**ADC #134373**                                                                **PLAINTIFF**

**v.**                              **Case No.  5:12-cv-00080-KGB-JTK**

**GAYLON LAY, et al.**                                                    **DEFENDANTS**

### JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, dismissed without prejudice for failure to exhaust administrative remedies.  The relief sought is denied.

IT IS SO ORDERED this 29th day of May, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE